Since the plaintiffs were offered the opportunity to adduce further proof but elected to rely on the evidence as it stood (and, in fact, moved for a judgment thereon), it is of little significance that appellees' motion was for a "summary" judgment. Under the present rules of practice (CR 41.02) it could have been treated simply as a motion for dismissal which, if sustained, technically would have required findings of fact. However, by an agreed order entered on July 8, 1953, it had been determined that the action would be practiced under the Civil Code, and if the judgment be considered as entered pursuant to a final hearing on the merits the result is the same.

Judgment affirmed.

Morris E. Burton, Frankfort (Darnell & Johnson, Frankfort), for appellant.

John B. Breckinridge, Atty. Gen., William A. Watson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Mary Corbin was indicted and convicted on a charge of maintaining a common public nuisance. Her punishment was fixed at a fine of $500. She has filed a motion for appeal.

Upon examination of the record we find no prejudicial error. The motion for an appeal is therefore overruled and the judgment is affirmed.

Mary CORBIN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 24, 1961.

COMMONWEALTH of Kentucky, Appellant,

v.

Norman M. HARRIS, Appellee.

Court of Appeals of Kentucky.

March 24, 1961.

